REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| CHRISTINA GONZALEZ, | Case No. 1:19−CV−00273−AWI−JLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE CASE** |
| vs. | |
| CREDIT ACCEPTANCE CORPORATION, | [Hon. USDC Judge Anthony W. Ishii] [Hon. Mag. Judge Jennifer L. Thurston] |
| Defendant. | |

17
18
19
20

    Pursuant to the Stipulation to Arbitrate Case filed by the Parties, and for GOOD CAUSE shown, this matter is hereby dismissed without prejudice to allow the Parties to arbitrate their claims.

21
22
23

IT IS SO ORDERED.

24

Dated: __March 27, 2019__

25

_____
SENIOR  DISTRICT  JUDGE

26
27
28